Larry A. WITTIG, Petitioner,

v.

Michael F. RUDELITCH and Lori A. Rudelitch, Respondents.

Michael F. RUDELITCH and Lori A. Rudelitch, Respondents,

v.

Larry A. WITTIG, Douglas R. Haas and Denise Haas, Petitioners.

Supreme Court of Pennsylvania.

June 18, 1998.

James R. Nanovic, Jim Thorpe, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 18th day of June, 1998, the Petitions for Allowance of Appeal are hereby GRANTED, limited to the following issue:

May a person claiming an easement by prescription tack the use by a predecessor in title when there is no reference to the easement in the deed of conveyance?